UNITED STATES DISTRICT COURT
SOUNTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

Piliero,

                      Plaintiff(s),

      -against –

Bartlett LLP,

                      Defendant(s).

-------------------------------------------------------------X

**O R D E R**

7:19-CV-08896 (CS)

<u>Seibel, J.</u>

      It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within thirty days of the date of this order, Plaintiff may apply by letter within the thirty-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

      **SO ORDERED**.

Dated: October 21, 2020

      White Plains, New York

_____

CATHY SEIBEL, U.S.D.J.